U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 29 2006

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CARLOS REYES-SALAZAR<br>Fed. Reg. No. 20777424<br>VS. | CIVIL ACTION NO. 06-1484<br><br>SECTION P |
| FREDRICK MENIFEE<br>WARDEN | JUDGE DRELL<br>MAGISTRATE JUDGE KIRK |

# JUDGMENT

For the reasons stated in the Findings and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus (28 U.S.C. §2241) be **DENIED** and **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief may be granted.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 29th day of December, 2006.

DEE D. DRELL
**UNITED STATES DISTRICT JUDGE**